IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMANDA HARTLEY, | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1081-T |
| | ) | |
| EQUIFAX INFORMATION SERVICES., | ) | |
| ET AL. | ) | |
| | ) | |
|     Defendant | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 18th day of November, 2005.

        /s/ Myron H. Thsompson
UNITED STATES DISTRICT JUDGE