**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **AMANDA HARTLEY,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **CASE NO. 2:05cv1081-T** |
| | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC, EXPERIAN** | § | |
| **INFORMATION SOLUTIONS, INC,** | § | |
| **TRANS UNION LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT TRANS UNION LLC'S
RULE 7.1(a) DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure,

Defendant Trans Union LLC hereby discloses the following information:

1.    Parent Companies:  Trans Union LLC is wholly owned by TransUnion

Corporation, a Delaware Corporation.

2.    No part of Trans Union is publicly held.


Respectfully submitted,


/s/ Kary B. Wolfe
**KARY BRYANT WOLFE**
WOL016
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

***ATTORNEY FOR TRANS UNION LLC***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following::

James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969


/s/ Kary B. Wolfe
OF COUNSEL

881183.1/SP2/83057/0411/120105