## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05cv1081-T |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., TRANS UNION LLC. ) | |
| ) | |
|     **Defendants.** ) | |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

    1.    <u>Parent Companies</u>:  The parent company of Experian is GUS, PLC ("GUS").

    2.    <u>Subsidiaries Not Wholly Owned</u>:  Experian does not have any subsidiaries that fall into this category.

    3.    <u>Publicly Held Companies</u>:  GUS owns 100% of Experian.  GUS is publicly traded on the London Stock Exchange.

163218.1

Dated: December 5, 2005                            Respectfully submitted,


                                             /s/ G. Lane Knight
G. Lane Knight (ASB-6748-172K)
Robin G. Laurie (ASB-4217-U64R)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone:  334-834-6500
Facsimile:  334-269-3115
Email:  lknight@balch.com
Email:  rlaurie@balch.com

A. Kelly Brennan (ASB-4440-A50B)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  205-251-8100
Facsimile:  205-226-8798
Email:  kbrennan@balch.com

Attorneys for Defendant
Experian Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05cv1081-T |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., TRANS UNION LLC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing **EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James D. Patterson and Earl P. Underwood
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope, Alabama 36533

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Trans Union LLC
PO Box 2000
Chester, PA 19022

Dated: December 5, 2005                                Respectfully submitted,


                                                       /s/ G. Lane Knight
                                                       G. Lane Knight (ASB-6748-172K)
                                                       Robin G. Laurie (ASB-4217-U64R)
                                                       BALCH & BINGHAM LLP
                                                       Post Office Box 78
                                                       Montgomery, Alabama 36101-0078
                                                       Telephone:  334-834-6500
                                                       Facsimile:  334-269-3115
                                                       Email:  lknight@balch.com
                                                       Email:  rlaurie@balch.com

                                                       A. Kelly Brennan (ASB-4440-A50B)
                                                       BALCH & BINGHAM LLP
                                                       Post Office Box 306
                                                       Birmingham, Alabama  35201-0306
                                                       Telephone:  205-251-8100
                                                       Facsimile:  205-226-8798
                                                       Email:  kbrennan@balch.com

                                                       Attorneys for Defendant
                                                       Experian Information Solutions, Inc.