UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05CV1081-T |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., TRANS UNION LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Respectfully submitted this 5th day of November, 2005.

                          EQUIFAX INFORMATION
                          SERVICES LLC

                          By: s/ E. Luckett Robinson, II
                              E. Luckett Robinson II, Esq.
                              Bar No. ROBIE6110
                              Hand Arendall, L.L.C.
                              3000 AmSouth Bank Building
                              107 St. Francis Street
                              Mobile, Alabama 36602
                              Tel:   (251) 432-5511
                              Fax:  (251) 694-6375