UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05CV1081-T |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., TRANS UNION LLC, | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Respectfully submitted this 5th day of November, 2005.

                                            EQUIFAX INFORMATION
                                            SERVICES LLC

                                            By: s/ E. Luckett Robinson, II
                                                 E. Luckett Robinson II, Esq.
                                                 Bar No. ROBIE6110
                                                 Hand Arendall, L.L.C.
                                                 3000 AmSouth Bank Building
                                                 107 St. Francis Street
                                                 Mobile, Alabama 36602
                                                 Tel:    (251) 432-5511
                                                 Fax:   (251) 694-6375