IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., TRANS UNION LLC. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:05cv1081-T |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR BRIAN S. SPITLER

Comes now A. Kelly Brennan, a member in good standing of the Alabama State Bar, and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, and respectfully requests the entry of an order *pro hac vice* admitting Brian S. Spitler (the "Applicant") to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Applicant resides at 4212 Cove Court, Marietta, Ga. 30067. Applicant is an attorney and a member of the law firm of JONES DAY, with offices at 1420 Peachtree Street, NE, Suite 800, Atlanta, Georgia 30309-3053, (404) 581-8000, among other locations.

2. Applicant has been retained personally and as a member of the above-named law firm by defendant Experian Information Solutions, Inc. to provide legal representation in connection with the above-styled matter now pending before this Court.

3. Since 2003, Applicant has been a member in good standing of the Georgia Bar. A certificate of good standing is attached to this application as "Exhibit A."

4. Applicant has been admitted to practice before the following courts in Georgia: Georgia Superior Court; Georgia Court of Appeals; United States District Court, Northern District of Georgia; and the Georgia Supreme Court. Applicant is presently a member in good standing of the Bar of the above-listed courts.

6. Applicant is not presently (and never has been) subject to any disbarment proceedings. Applicant is not presently (and never has been) subject to any suspension proceedings.

7. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked. Applicant, either by resignation, withdrawal, or otherwise, never has terminated applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

8. Applicant is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

9. As required by Local Rule 83.1(b), a check made payable to the Clerk of the Court for the processing of this request for *pro hac vice* admission accompanies this application. Also, an original Certificate of Good Standing for Applicant from the United States District Court of the Northern District of Georgia is attached to this Motion as Exhibit A.

10. Applicant is particularly qualified to handle the above-referenced case before this Honorable Court in association with me.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant Brian S. Spitler, a non-resident attorney, admission to practice in this particular case.

ATI-2202722v1

Dated: December 9, 2005                              Respectfully submitted,


/s/ G. Lane Knight
G. Lane Knight (ASB-6748-172K)
Robin G. Laurie (ASB-4217-U64R)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: 334-834-6500
Facsimile: 334-269-3115
Email: lknight@balch.com
Email: rlaurie@balch.com

A. Kelly Brennan (ASB-4440-A50B)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8798
Email: kbrennen@balch.com

Attorneys for Defendant
Experian Information Solutions, Inc.

163433.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMANDA HARTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1081-T |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION LLC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James D. Patterson and Earl P. Underwood
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope, Alabama 36533

E. Luckett Robinson, II
Hand Arendall, L.L.C.
Suite 3000
107 St. Francis Street
Mobile, Alabama 36601

Earl P. Underwood, Jr.
21 S. Section Street
P. O. Box 969
Fairhope, Alabama 36533

163433.1

Kary B. Wolfe
Walston Wells Anderson & Birchall LLP
P. O. Box 830642
Birmingham, Alabama 35283-0642

Dated: December 9, 2005                                    Respectfully submitted,


                                                           /s/ G. Lane Knight
                                                           G. Lane Knight (ASB-6748-172K)
                                                           Robin G. Laurie (ASB-4217-U64R)
                                                           BALCH & BINGHAM LLP
                                                           Post Office Box 78
                                                           Montgomery, Alabama 36101-0078
                                                           Telephone: 334-834-6500
                                                           Facsimile: 334-269-3115
                                                           Email: lknight@balch.com
                                                           Email: rlaurie@balch.com

                                                           A. Kelly Brennan (ASB-4440-A50B)
                                                           BALCH & BINGHAM LLP
                                                           Post Office Box 306
                                                           Birmingham, Alabama 35201-0306
                                                           Telephone: 205-251-8100
                                                           Facsimile: 205-226-8798
                                                           Email: kbrennan@balch.com

                                                           Attorneys for Defendant
                                                           Experian Information Solutions, Inc.