# EXHIBIT A



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

    I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **BRIAN STEPHEN SPITLER**, State Bar No. 672287, was duly admitted to practice in said Court on August 30, 2005, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 9th day of December, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

