IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA HARTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1081-T |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., | ) |
| TRANS UNION, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of the Motion for Admission Pro Hac Vice For Brian S. Spitler (Doc. #13), filed on 9 December 2005, and it appearing that BRIAN S. SPITLER, ESQ., is a member in good standing of the United States District Court for the Northern District of Georgia, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 20th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE