IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Amanda Hartley, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv1081-MHT |
| ) | |
| Equifax Information Services, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 5) dated November 18, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE