**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Amanda Hartley v. Equifax Information Services, LLC, et al.
      Civil Action No. #2:05-cv-01081-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:05-cv-01081-WKW. This new case number should be used on all future correspondence and pleadings in this action.