UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY,            )<br>                                            )<br>        Plaintiff,              )<br>                                            )<br>v.                                         )<br>                                            )<br>EQUIFAX INFORMATION SERVICES )<br>LLC., EXPERIAN INFORMATION  )<br>SOLUTIONS, INC., TRANS UNION LLC, )<br>                                            )<br>        Defendants.          )<br>_____ ) | Case No. 2:05CV1081-WKW-VPM |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Amy Greenstein, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax Information Services LLC, ("Equifax") in the above-captioned matter, and in support thereof state as follows:

1.  The accompanying Affidavit of Amy Greenstein establishes the following:

    a.  She is a member of the law firm of Kilpatrick Stockton LLP, which has offices at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309. Ms. Greenstein is resident in the firm's Atlanta office.

    b.  She is a member in good standing of the bar of the State of Georgia and is admitted to practice in the United States District Court for the Northern and Middle Districts of Georgia, the Western District of Michigan and the 11th Circuit Court of Appeals.

2.  The purpose of this application is to make it possible for Ms. Greenstein to represent the defendant, which has sought this firm's advice and assistance with respect to this litigation.

ATLLIB01 1948477.1

3. This lawsuit involves issues relating to credit reporting regulation in which both Ms. Greenstein and her firm have experience and expertise. Kilpatrick Stockton LLP and Ms. Greenstein are national defense counsel for Equifax and have represented them in other credit reporting regulation matters.

4. No previous motions have been filed with respect to the subject matter of this motion.

5. Such fees as are required to support this application will be paid as directed by the Clerk of the Court.

WHEREFORE, the undersigned respectfully requests that Amy Greenstein be admitted and granted permission to represent the defendant in this matter *pro hac vice*.

This 24th day of February, 2006.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: /s/ E. Luckett Robinson, II
E. Luckett Robinson II, Esq.
Bar No. ROBIE6110
Hand Arendall, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street
Mobile, Alabama 36602
tel:   (251) 432-5511
fax:   (251) 694-6375
lrobinson@handarendall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on February 24, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr., Esq. (epunderwood@alalaw.com)
James D. Patterson, Esq. (jpatterson@alalaw.com)
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
21 South Section Street
Fairhope, AL 36533-0969
Attorneys for Plaintiff

Kary B. Wolfe, Esq.
Walston Wells Anderson & Birchall LLP
PO Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
Attorney for Defendant, Trans Union LLC

Anna Kelly Brennan, Esq.
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com

Griffin Lane Knight, Esq. (lknight@balch.com)
Robin Garrett Laurie, Esq. (rlaurie@balch.com)
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

Brian Stephen Spitler, Esq.
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com

Attorneys for Defendant, Experian Information Solutions, Inc.

                                                /s/ E. Luckett Robinson, II