UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC., EXPERIAN INFORMATION )<br>SOLUTIONS, INC., TRANS UNION LLC, )<br>)<br>Defendants. )<br>) | Case No. 2:05CV1081-WKW-VPM |

## AFFIDAVIT OF AMY GREENSTEIN

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Amy Greenstein, who after first being duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, (404) 815-6646.

2. I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for defendant Equifax Information Services LLC. I have personal knowledge of the matters set forth herein.

3. I was admitted to the Bar of the State of Georgia in 1999.

4. Kilpatrick Stockton LLP is associated with E. Luckett Robinson, II, Esq. of Hand Arendall, L.L.C., for this defendant in this lawsuit. That firm's offices are located at 3000 AmSouth Bank Building, 107 St. Francis Street, Mobile, Alabama 36602. Mr. Robinson and his law firm are qualified to practice before this Court.

5. Equifax Information Services LLC has requested that my firm and I represent them in the defense of this matter.

6. It is respectfully submitted that there is good cause for my admission *pro hac vice*. This lawsuit involves issues relating to credit reporting in which both my firm and I have experience and expertise. My firm and I have represented this client in other credit reporting matters.

7. I am a member in good standing of the Bar of the State of Georgia and have been admitted to practice in the United States District Court for the Northern and Middle Districts of Georgia, the Western District of Michigan and the 11th Circuit Court of Appeals. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

8. I have studied the local rules of this Court and am familiar with them.

9. I respectfully request that I be admitted to practice before the United States District Court for the Middle District of Alabama for the purposes of participation in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

FURTHER AFFIANT SAYETH NOT

This 23rd day of February, 2006.

_____
Amy Greenstein

Sworn to and subscribed before
me this 23rd day of February, 2006.

_____
Notary Public



4

ATLLIB01 1948477.1