

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }

} ss.

**NORTHERN DISTRICT OF GEORGIA**       }

          I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

          **DO HEREBY CERTIFY** that **AMY GREENSTEIN, State Bar No. 359,** was duly admitted to practice in said Court on October 26, 1999, and is in good standing as a member of the bar of said Court.

          Dated at Atlanta, Georgia, this 22nd day of February, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

