UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05CV1081-WKW-VPM |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC., EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., TRANS UNION LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Amy Greenstein, counsel for Equifax Information Services LLP, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED

DONE and ORDERED this ____ day of _____, 2006.

_____
United States District Judge

cc: Counsel of Record

ATLLIB01 1948477.1