IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA HARTLEY, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1081-WKW |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, *et al.,* ) | |
| ) | |
|     Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Amy Greenstein to Appear Pro Hac Vice (Doc. #17) filed on February 24, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 28th day of February, 2006.

                                        /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE