IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA HARTLEY, § § § Plaintiff § § V. § § EQUIFAX INFORMATION § SERVICES, LLC, EXPERIAN § INFORMATION SOLUTIONS, INC, § TRANS UNION LLC, § § Defendants. § | CASE NO. 2:05-cv-01081-WKW-VPM |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE MCPHERSON:

Plaintiff Amanda Hartley and Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, file this Joint Stipulation of Dismissal without Prejudice and in support thereof would respectfully show the Court as follows:

Plaintiff Amanda Hartley and Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, have resolved all matters in controversy between them. There are no longer any issues in this matter between Plaintiff Amanda Hartley and Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, to be determined by this Court. The Parties hereby stipulate that all claims or causes of action against Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, which were or could have been the subject matter of this lawsuit are hereby dismissed without prejudice, with court costs to be paid by the party incurring same. The Parties further

894279.1/SP/83057/0411/061906

stipulate that all claims or causes of action against Plaintiff which were or could have been the subject matter of this lawsuit are hereby dismissed without prejudice, with court costs to be paid by the party incurring same.

                    Respectfully submitted,

                    s// Earl Price Underwood, Jr.
                    **EARL PRICE UNDERWOOD, JR.**
                    **JAMES DONNIE PATTERSON**
                    **LAW OFFICES OF EARL P UNDERWOOD**
                    PO Box 969
                    Fairhope, AL 36533-0959
                    251-990-5558
                    251-990-0626 (Fax)

                    **ATTORNEYS FOR PLAINTIFF**


                    s// Kary Bryant Wolfe
                    **KARY BRYANT WOLFE** (WOL016)
                    WALSTON, WELLS & BIRCHALL, LLP
                    P.O. Box 830642
                    Birmingham, Alabama 35283-0642
                    (205) 244-5281
                    (205) 244-5481 (Fax)

                    **ATTORNEY FOR TRANS UNION LLC**


                    s// Brian Stephen Spitler
                    **ANNA KELLY BRENNAN**
                    **BALCH & BINGHAM**
                    PO Box 306
                    Birmingham, AL 35201-0306
                    205-226-3475
                    Fax: 205-488-5828

                    and

                    **BRIAN STEPHEN SPITLER**
                    **JONES DAY**
                    1420 Peachtree St NE
                    Suite 800
                    Atlanta, GA 30309-3053

404-581-8258
404-581-8330   (Fax)

and

**ROBIN GARRETT LAURIE**
**GRIFFIN LANE KNIGHT**
**BALCH & BINGHAM**
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078
334-834-6500
269-3155  (Fax)

**ATTORNEYS FOR EXPERIAN**


s// Amy Greenstein
**AMY GREENSTEIN**
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
404-815-9275
404-541-3314   (Fax)
   and
**EDWARD LUCKETT ROBINSON, II**
**HAND ARENDALL, L.L.C.**
PO Box 123
Mobile, AL 36601
251-432-5511
251-694-6375   (Fax)

**ATTORNEYS FOR EQUIFAX**

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of June, 2006, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood
James D. Patterson
Law Offices of Earl P. Underwood
P.O. Box 969
Fairhope, AL 36533-0959

***Counsel for Plaintiff***

Amy Greenstein
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
and
Edward L. Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

***Counsel for Equifax***

Brian Stephen Spitler
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309-3053
and
A. Kelly Brennan
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306
and
Griffin Lane Knight
Robin Garrett Laurie
Balch & Bingham, LLP
P.O. Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078
***Counsel for Experian***

s// Kary Bryant Wolfe
**KARY BRYANT WOLFE**

894279.1/SP/83057/0411/061906