IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMANDA HARTLEY, | § § § | |
| Plaintiff | § § | |
| V. | § § | CASE NO. 2:05-cv-01081-WKW-VPM |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION LLC, | § § § § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Amanda Hartley and Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, have announced to the Court that all matters in controversy between them have been resolved. A Stipulation of Dismissal without Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal without Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Amanda Hartley and Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, are in all respects dismissed without prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this _____ day of _____, 2006.

_____
**VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE**